AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Panos, Christopher J. | **2. Court or Organization** <br><br> United States Bankruptcy Court (D. Mass.) | **3. Date of Report** <br><br> 03/15/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> Bankruptcy Judge | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination    Date <br> ☑ Initial    ☐ Annual    ☐ Final <br><br> **5b.** ☑ Amended Report | **6. Reporting Period** <br><br> 01/01/2014 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

Donohue Federal Building and Courthouse
595 Main Street
Worcester, MA 01608-2025

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing Shareholder (until September 21, 2015) and Shareholder | Craig and Macauley Professional Corporation (ceased practice 4/30/14, but remained in existence to wind down after that date) |
| 2. | Partner in Charge (Boston office) (until September 21, 2015) | Partridge Snow & Hahn LLP |
| 3. | Trustee (until September 21, 2015) | 2014 CM Grantor Trust (no reportable assets) |
| 4. | Trustee | C&M Trust (holds warrants and stock in client companies issued to shareholders of C&M appear to have limited value - See Part VII) |
| 5. | Trustee | BeeHive Realty Trust (no reportable assets) |
| 6. | Trustee | Knubble Realty Trust (no reportable assets) |
| 7. | Trustee | LMM Westport Legacy Trust (Part VII reportable assets) |
| 8. | President (until September 30, 2015) | Acoaxet Club, Inc. (non-profit) |
| 9. | Board Member (ex officio) | Acoaxet Club, Inc. (non-profit) |
| 10. | Board Member | Spindle Rock Club, Inc. (non-profit) |

| Name of Person Reporting | Date of Report |
|---|---|
| **Panos, Christopher J.** | 03/15/2016 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/12/14 | Agreement Regarding Plan of Liquidation and Wind Down Craig and Macauley P.C. (closed and ceased practicing law 4/30/14 but still distributes to former shldrs) |
| 2. 5/1/15 | Limited contingent guaranty of Boston lease (exp. 5/1/18) of Partridge Snow & Hahn (former firm) (see Part VI) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 03/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2015 | Income on Account of Partnership Interest (Partridge Snow Hahn) (2015 K1-est for 2015 1040 Line 17) | $337,142.00 |
| 3. | 2015 | Payments from Craig and Macauley winddown (2015 W-2) | $69,020.88 |
| 4. | 2014 | Income on Account of Partnership Interest (Partridge Snow & Hahn) (2014 1040 Line 17) | $290,035.00 |
| 5. | 2014 | Income from Craig and Macauley and payments from winddown (2014 1040 Line 7) | $279,555.00 |
| 6. | 2013 | Income from Craig and Macauley (2013 1040 Line 7) | $218,290.00 |
| 7. | | | |
| 8. | | | |
| 9. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Panos, Christopher J.** | 03/15/2016 |

2.   EXEMPT _____ _____ _____ _____ _____

3. _____ _____ _____ _____ _____

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 03/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | EXEMPT | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▨▨▨ Tuition ▨▨▨ | Paid in two installments each school year | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 03/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Investment Acct 1 | | | | | Exempt | | | | |
| 2.  VEMAX | B | Dividend | K | T | Exempt | | | | |
| 3.  VMATX | B | Dividend | K | T | Exempt | | | | |
| 4.  VMMXX | A | Dividend | L | T | Exempt | | | | |
| 5.  VTIAX | B | Dividend | L | T | Exempt | | | | |
| 6.  VTSAX | C | Dividend | M | T | Exempt | | | | |
| 7. | | | | | | | | | |
| 8.  529 Plan Account 1 | | | | | | | | | |
| 9.  Vanguard Totl Int Stk Idx | | None | L | T | Exempt | | | | |
| 10.  Vanguard totl Stk Mkt Idx | | None | L | T | Exempt | | | | |
| 11. | | | | | | | | | |
| 12.  529 Plan Account 2 | | | | | | | | | |
| 13.  Vanguard Totl Int Stk Idx | | None | L | T | Exempt | | | | |
| 14.  Vanguard totl Stk Mkt Idx | | None | L | T | Exempt | | | | |
| 15. | | | | | | | | | |
| 16.  IRA 1 | | | | | | | | | |
| 17.  VMXX | A | Dividend | N | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 03/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VTIAX | B | Dividend | M | T | Exempt | | | | |
| 19. VTSAX | A | Dividend | L | T | Exempt | | | | |
| 20. | | | | | | | | | |
| 21. ▮ IRA 2 | | | | | | | | | |
| 22. VMMXX | A | Dividend | M | T | Exempt | | | | |
| 23. | | | | | | | | | |
| 24. ▮▮ Westport Legacy Trust/ Investment Acct 2 | | | | | | | | | |
| 25. VMMXX | A | Dividend | K | T | Exempt | | | | |
| 26. FHICX | B | Dividend | L | T | Exempt | | | | |
| 27. HAHCX | E | Dividend | N | T | Exempt | | | | |
| 28. | | | | | | | | | |
| 29. ▮ IRA 3 | | | | | | | | | |
| 30. ABDXX | A | Interest | J | T | Exempt | | | | |
| 31. DD | A | Dividend | K | T | Exempt | | | | |
| 32. PFE | A | Dividend | K | T | Exempt | | | | |
| 33. PCL | | None | J | T | Exempt | | | | |
| 34. PG | | None | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 03/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VGK | A | Dividend | J | T | Exempt | | | | |
| 36. VOO | A | Dividend | J | T | Exempt | | | | |
| 37. | | | | | | | | | |
| 38. ▩ Investment Acct 3 | | | | | | | | | |
| 39. FDMXX | A | Dividend | O | T | Exempt | | | | |
| 40. XLF | A | Dividend | L | T | Exempt | | | | |
| 41. ABTL | | None | J | T | Exempt | | | | |
| 42. CC | A | Dividend | J | T | Exempt | | | | |
| 43. CXDO | | None | J | T | Exempt | | | | |
| 44. DIS | A | Dividend | J | T | Exempt | | | | |
| 45. DD | A | Dividend | K | T | Exempt | | | | |
| 46. GE | A | Dividend | J | T | Exempt | | | | |
| 47. SPLS | A | Dividend | J | T | Exempt | | | | |
| 48. PCL | A | Dividend | J | T | Exempt | | | | |
| 49. | | | | | | | | | |
| 50. Investment Acct 4 | | | | | | | | | |
| 51. FDMXX | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 03/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Investment Account | | | | | | | | | |
| 54. FDMXX | A | Dividend | K | T | Exempt | | | | |
| 55. FSDCX | A | Dividend | J | T | Exempt | | | | |
| 56. MSI | A | Dividend | J | T | Exempt | | | | |
| 57. | | | | | | | | | |
| 58. IRA | | | | | | | | | |
| 59. FDRXX | A | Int./Div. | K | T | Exempt | | | | |
| 60. FSLCX | A | Dividend | L | T | Exempt | | | | |
| 61. FASMX | A | Dividend | K | T | Exempt | | | | |
| 62. FDFFX | A | Dividend | L | T | Exempt | | | | |
| 63. FFIDX | A | Dividend | K | T | Exempt | | | | |
| 64. FLPSX | A | Dividend | L | T | Exempt | | | | |
| 65. FBGRX | A | Dividend | K | T | Exempt | | | | |
| 66. FDGRX | A | Dividend | L | T | Exempt | | | | |
| 67. | | | | | | | | | |
| 68. Boston Private Bank Deposit Account | A | Interest | M | T | Exempt | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 03/15/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Bank of America Deposit Accounts | A | Interest | M | T | Exempt | | | | |
| 70. | USAA Deposit Account | A | Interest | K | T | Exempt | | | | |
| 71. | Baycoast Bank Deposit Accounts | A | Interest | J | T | Exempt | | | | |
| 72. | Santander Deposit Account | A | Interest | J | T | Exempt | | | | |
| 73. | | | | | | | | | | |
| 74. | 2014 ▓ Grantor Trust (no reportable assets) | E | Distribution | | | Exempt | | | | |
| 75. | ▓ Trust (holds snmall interest in Valmarc Inc. (private co.) | | None | J | W | Exempt | | | | |
| 76. | BeeHive Trust (no reportable assets) | | None | | | | | | | |
| 77. | Knubble Trust (no reportable assets) | | None | | | | | | | |
| 78. | | | | | | | | | | |
| 79. | | | | | | | | | | |
| 80. | | | | | | | | | | |
| 81. | | | | | | | | | | |
| 82. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 03/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - - Line 3 -2014 ▮ Grantor Trust held cash as part of a distribution mechanism. I had no interest in the cash actually deposited during the time when I was a Trustee.

Part III- A - Information obtained from tax returns as indicated. Also received a return of capital of $85,000 from Partridge Snow and Hahn that was not reportable income for taxes, but was a payment to me.

Part VII - Information taken from 12/31/15 statements (available to be provided).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Christopher J. Panos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544